IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE MOODY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:19-cv-735 |
| ) | |
| ECLECTIC MEDICAL DEV., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION FOR DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 21st day of January, 2020.

| | |
|---|---|
| */s/George Beck (with permission)* | */s/ Bridget M. Ballentine* |
| George L. Beck, Jr. | Bridget M. Ballentine (ASB-3487-G61W) |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| MORRIS HAYNES | 2029 Holtville Road |
| P.O. BOX 1660 | Wetumpka, Alabama 36092 |
| Alexander City, AL 35011 | Telephone: (334) 247-3662 |
| Email: gbeck@mhhlaw.net | Email: bridget@ballentinelaw.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of January, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List set forth below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> */s/ Bridget M. Ballentine*_____
> Bridget M. Ballentine

## SERVICE LIST

| | |
|---|---|
| Law Office of Bridget M. Ballentine<br>Bridget M. Ballentine (ASB-3487-G61W)<br>2029 Holtville Road<br>Wetumpka, AL   36092 | bridget@ballentinelaw.com<br>Telephone:  (334) 247-3662<br><br>*Attorney for Plaintiff,*<br>*Willie Moody* |
| George L. Beck, Jr.<br>Morris Haynes<br>Post Office Box 1660<br>Alexander City, AL 35011 | gbeck@mhhlaw.net<br><br>*Attorney for Defendant,*<br>*Eclectic Medical Development* |